FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2022

No. 04-22-00070-CV

Camron **BEALL**,
Appellant

v.

Dustin **BEALL**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-0230-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Appellee's Second Motion to Extend Time to File Brief is hereby GRANTED. Appellee's brief is due on or before June 6, 2022. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court